JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DING CHEN, | Case № 2:22-cv-01905-ODW (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHRISTINE WORMUTH, Secretary of the Army, | |
| Defendant. | |

Pursuant to the Court's Order Denying Plaintiff's Motion for Summary Judgment and Affirming the Decision of the Army Board for Correction of Military Records, (ECF No. 57), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///

1. Defendant shall have **JUDGMENT** in Defendant's favor.
2. The decision of the Army Board for Correction of Military Records is **AFFIRMED**.
3. Plaintiff shall obtain no relief from Defendant.
4. Plaintiff's Complaint is **DISMISSED** on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

July 21, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**